United States Bankruptcy Court

Central District of California

In re: Case No. 22-11415-VK
21st Century Valet Parking, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

**Recip ID          Recipient Name and Address**
db      + 21st Century Valet Parking, LLC, 263 West Olive Ave #128, Burbank, CA 91502-1825

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

**Name**    **Email Address**

David E Ahdoot
    on behalf of Interested Party Courtesy NEF dahdoot@bushgottlieb.com  kprestegard@bushgottlieb.com

John-Patrick McGinnis Fritz (TR)
    jpftrustee@lnbyg.com  jpf@trustesolutions.net

Katherine Bunker
    on behalf of U.S. Trustee United States Trustee (SV) kate.bunker@usdoj.gov

Nayla Wren
    on behalf of Interested Party Courtesy NEF nayla.wren@nlrb.gov

Nayla Wren
    on behalf of Interested Party Nayla Wren nayla.wren@nlrb.gov

United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

| District/off: 0973-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Vahe Khojayan
                        on behalf of Debtor 21st Century Valet Parking  LLC vkhojayan@yklaw.us

TOTAL: 7

| | |
|---|---|
| 1 | **PETER C. ANDERSON**<br>**UNITED STATES TRUSTEE** |
| 2 | Kenneth M. Misken<br>Assistant United States Trustee |
| 3 | Katherine C. Bunker, Bar No. 240593<br>Trial Attorney for the United States Trustee |
| 4 | **OFFICE OF THE UNITED STATES TRUSTEE**<br>915 Wilshire Blvd., Ste. 1850 |
| 5 | Los Angeles, California 90017<br>Telephone: (213) 894-3326 |
| 6 | Facsimile: (213) 894-0276<br>E-mail: kate.bunker@usdoj.gov |

**FILED & ENTERED**

**JAN 20 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re

**21st CENTURY VALET PARKING, LLC,**

Debtor.

)
)  Case No. 1:22-bk-11415-VK
)
)  Chapter 11
)
)  **ORDER APPROVING STIPULATION**
)  **BETWEEN U.S. TRUSTEE AND DEBTOR**
)  **RE CASH MANAGEMENT**
)  **PROCEDURES**
)
)  [No Hearing Required]
)

Based on the facts set for in the stipulation between the United States Trustee (the "U.S. Trustee"), by his undersigned counsel, and 21st Century Valet Parking, LLC (the "Debtor"), by its undersigned counsel,

/ /

/ /

/ /

/ /

1

1    IT IS HEREBY ORDERED THAT the Stipulation [Docket No. 67] is Approved.

2    # # #

23    Date: January 20, 2023

Victoria S. Kaufman
United States Bankruptcy Judge

2