Vahe Khojayan (SBN 261996)
YK LAW, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
Email: vkhojayan@yklaw.us

Attorneys for debtor-in possession
21ST CENTURY VALET PARKING, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO DIVISION**

| | |
|---|---|
| In re:<br><br>**21ST CENTURY VALET PARKING, LLC**<br><br>Debtor-in-possession | CASE NUMBER: **1:22-bk-11415-VK**<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 1189(b) TO EXTEND THE TIME TO FILE A PLAN;**<br><br>*Hearing*<br>**Date:** April 6, 2023<br>**Time:** 2:00PM<br>**Place:** Courtroom 301<br>VIA ZOOMGOV |

**TO THE UNITED STATES TRUSTEE, CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Debtor 21st Century Valet Parking, LLC hereby withdraws its motion pursuant to 11 U.S.C. § 1189(b) to extend the time to file a plan [Docket No. 115].

Dated: 03/30/2023                                    YK Law, LLP

                                                                     By: _____
                                                                            Vahe Khojayan
                                                                            Attorney for Debtor-in-possession

**NOTICE OF WITHDRAWAL OF MOTION TO EXTEND TIME TO FILE A PLAN**
- 1 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**445 S. Figueroa Street, Ste 2280, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as **NOTICE OF WITHDRAWAL OF MOTION TO EXTEND TIME TO FILE A PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __03/30/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**David E Ahdoot on behalf of Interested Party Courtesy NEF**
dahdoot@bushgottlieb.com, kprestegard@bushgottlieb.com
**Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)**
kate.bunker@usdoj.gov
**John-Patrick McGinnis Fritz (TR)**
jpftrustee@lnbyg.com, jpf@trustesolutions.net
**Vahe Khojayan on behalf of Debtor 21st Century Valet Parking, LLC**
vkhojayan@yklaw.us
**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov
**Nayla Wren on behalf of Interested Party Courtesy NEF**
nayla.wren@nlrb.gov
**Nayla Wren on behalf of Interested Party Nayla Wren**
nayla.wren@nlrb.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __03/30/2023__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/30/2023 | Tina Chenorjoukian | /s/ Tina Chenorjoukian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |